In the Matter of the Application of WILLIAM MEHL for Admission to the Bar.— Motion for leave to make application for admission as attorney and counselor at law, and to file with the committee on character and fitness an

affidavit of clerkship, etc., denied. The admission of the petitioner to the bar does not require any present action on the part of this court. The application for admission to the bar should be presented to the committee on character and fitness. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.